UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
DENIS SHIROKIKH,

                    Petitioner,

        - against -

RAUL MALDONADO, *in his official capacity as Warden, Brooklyn Metropolitan Detention Center*; JUDITH ALMODOVAR, *in her official capacity as Acting New York Field Office Director, U.S. Immigration & Customs Enforcement*; TODD M. LYONS, *in his official capacity as Acting Director of Immigration & Customs Enforcement;* and PAMELA BONDI, *in her official capacity as Attorney General, U.S. Department of Justice*,

                    Respondents.

--------------------------------------------------------x

**MEMORANDUM & ORDER**
26-CV-1794 (PKC)

PAMELA K. CHEN, United States District Judge:

The Court is in receipt of Respondents' response to the Court's Order to Show Cause, (*see* O.S.C., Dkt. 4), in which Respondents represent that Petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2)(A) ("Section 1225(b)(2)(A)"), and "acknowledge those cases [where courts have ruled to the contrary], including [this Court's] decisions in *R.A.R.R. v. Almodovar*, No. 25-cv-6597 (E.D.N.Y. Dec. 19, 2025), and *Yin v. Maldonado*, No. 26-cv-0103 (E.D.N.Y. Feb. 4, 2026), though they . . . respectfully disagree with the decisions."  (*See* O.S.C. Resp., Dkt. 5, at 2.)

Respondents do not provide any facts to support their position with respect to detention under Section 1225(b)(2)(A); nor do they contest the facts Petitioner has alleged.  (*Compare* O.S.C., Dkt. 4, at 1 (ordering Respondents to "state what facts, if any, distinguish Petitioner's case from the vast majority of district court cases that have disagreed with Respondents' contention"), *with* O.S.C. Resp., Dkt. 5 (providing no distinguishing facts).)  "Respondents' complete and utter

failure to produce evidence supporting any ground to detain [petitioner] is reason alone to grant [his] Petition." *See Ocampo v. Noem*, No. 26-CV-0999 (PKC), 2026 WL 587643, at *1 (E.D.N.Y. Mar. 3, 2026) (quoting *Marisol P.Q. v. Bondi*, No. 26-CV-1055 (MJD) (DJF), 2026 WL 376306, at *2 (D. Minn. Feb. 10, 2026), *R&R adopted*, No. 26-CV-1055 (MJD) (DJF), 2026 WL 468237 (D. Minn. Feb. 18, 2026)).  The Court finds that because Petitioner has lived in the United States since 2021 and is currently being detained without prior notice or individualized justification, (*see* Pet., Dkt. 1, ¶ 1; O.S.C. Resp., Dkt. 5, at 1), he cannot be lawfully detained under Section 1225(b)(2)(A), and he must be released.  *See Yin*, 2026 WL 295389, at *2–3 (determining that release is the proper remedy for wrongful detention).

The Court grants the petition for writ of habeas corpus.  (Pet., Dkt. 1.)  Respondents are directed to release Petitioner from custody immediately and no later than within 24 hours of this Order.  Respondents are further directed to return to Petitioner any and all funds or property seized from Petitioner at the time of his arrest.  Respondents are directed to certify compliance with the Court's Order by filing a letter on the docket no later than 6:00 p.m. Wednesday, April 8, 2026. The Court further orders that Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release (including release on recognizance or similar instruments), without prior notice to and authorization from the Court, or absent a new and independently lawful custody decision properly executed under the law.  Petitioner must not be re-detained by Respondents without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, at which Respondents will have the burden of showing that Petitioner's re-detention is authorized under 8 U.S.C. § 1226(a) or another statutory detention authority other than Section 1225(b)(2)(A).  Petitioner's deadline to apply for fees under the Equal Access to Justice

2

Act is 30 days from a final judgment in this action, which, if Respondents do not appeal, is July 6, 2026.  28 U.S.C. § 2412(d)(1)(B).  The Clerk of Court is respectfully directed to enter judgment consistent with this Order and close this case.

SO ORDERED.

/s/ Pamela K. Chen
Pamela K. Chen
United States District Judge

Dated:  April 7, 2026
        Brooklyn, New York

3