UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DENIS SHIROKIKH,

                          Petitioner,                        JUDGMENT

       - against –                                26-CV-1794 (PKC)

RAUL MALDONADO, in his official capacity
as Warden, Brooklyn Metropolitan Detention
Center; JUDITH ALMODOVAR, in her official
capacity as Acting New York Field Office Director,
U.S. Immigration & Customs Enforcement; TODD
M. LYONS, in his official capacity as Acting
Director of Immigration & Customs Enforcement;
and PAMELA BONDI, in her official capacity as
Attorney General, U.S. Department of Justice,

                           Respondents.
------------------------------------------------------------ X

A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge, having been filed on April 7, 2026, granting the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; Respondents are directed to release Petitioner from custody immediately and no later than within 24 hours of this Order; Respondents are further directed to return to Petitioner any and all funds or property seized from Petitioner at the time of his arrest; Respondents are directed to certify compliance with the Court's Order by filing a letter on the docket no later than 6:00 p.m. Wednesday, April 8, 2026; Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release (including release on recognizance or similar instruments), without prior notice to and authorization from

the Court, or absent a new and independently lawful custody decision properly executed under the law; and Petitioner must not be re-detained by Respondents without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, at which Respondents will have the burden of showing that Petitioner's re-detention is authorized under Section 1226(a).

Dated: Brooklyn, New York  
    April 7, 2026

Approved by:   /s/ *Pamela K. Chen*  
                PAMELA K. CHEN  
                United States District Judge

Dated: Brooklyn, New York  
    April 7, 2026

Approved by:  
AUGUST MARZILIANO  
Chief Deputy